■ In the Matter of STERN BROTHERS v. TAX COMMISSION OF THE CITY OF NEW YORK.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur—Breitel, J. P., Rabin, McNally, Eager and Bergan, JJ.

■ In the Matter of WILLIAM SULTAN, Individually and as Chairman of the Committee of Tenants of Premises 140 Riverside Drive, City of New York, v. ROBERT E. HERMAN, as State Rent Administrator.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ WILLIAM J. TINSTON v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: "Does the complaint herein state a cause of action?" Settle order on notice. Motion for an extension of time granted insofar as to extend the time for defendants-respondents to serve their answer to 10 days after service upon the attorneys for plaintiff-appellant of a copy of the order of the Court of Appeals determining defendants-respondents' appeal. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. NEVADA CONSOLIDATED MINES, INC., and JOHN MILTON BENNETT.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ SEWARD LUGGAGE MANUFACTURING COMPANY, INC., v. JOHN SURREY, LTD.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ (A) KATHERINE BOLDIN et al. v. INTERNATIONAL WRECKING COMPANY et al. (B) PHILIP MYER v. SHIELDS & COMPANY. (C) NANTEX-RIVIERA CORP. v. CLARISE BLOUSE CO., INC.— [In each action] Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ WILLIAM H. HERNSTADT v. PROGRAMS FOR TELEVISION, INC.— Motion for reargument denied, with $10 costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ HARSID REALTY CORP. v. NICHOLAS MEDJUGORAC, Doing Business as OGDEN MOVING & STORAGE.— Application denied, with $10 costs. The stay contained in the order to show cause, dated December 21, 1962, is vacated. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ DEERING MILLIKEN, INC., v. GEORGETTE JUNIORS, INC., et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.

■ BISCAYNE-GALLOWHUR CORPORATION v. DONALD O. SMITH et al.— Motion for reargument denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.

■ GIMOLITA FOX v. WILLIAM FOX.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ (A) EDITH BRODSKY v. PHILIP BRODSKY. (B) MME. APTER SUTTON CLEANERS, INC., v. ANDREW NEWMAN CUSTOM CLEANERS, INC.— [In each action] Application granted. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARMINE CATALIOTTI.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court entered herein. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.